**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                          Case No. 3:06-cr-198-J-20HTS

JAMES MADISON McGINNIS, JR.
_____

**O R D E R**

    This cause is before the Court on its own motion. In the Response to Competency Order (Doc. #14; Response), Defendant states the Court, at the hearing held on July 11, 2006, "determined that [he] was competent to proceed and no competency examination need be conducted." Response at 1; *see also id.* at 3 ("[T]he findings of the Court are correct and no competency examination is necessary."). Actually, while the Court may have given the impression it was not necessarily doubtful of Defendant's competency, it made no findings or formal determinations in that regard. Thus, this Order is being entered to clarify the matter for counsel.

    **DONE** and **ORDERED** at Jacksonville, Florida, this 3rd day of August, 2006.

    /s/      Howard T. Snyder
    HOWARD T. SNYDER
    UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
    and pro se parties, if any